809 A.2d 899

**George VENESKY, Appellant,**

**v.**

**Mark S. SCHWEIKER, in his capacity as Governor, Appellee.**

Supreme Court of Pennsylvania.

Sept. 25, 2002.

*ORDER*

PER CURIAM.

**AND NOW,** this 25th day of September, 2002, the order of the Commonwealth Court is hereby affirmed.